IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL ANUTA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CAROL S. PARHAM, *et al.*,<br><br>    Defendants. | Civil Action No. L-00-CV-1726 |

### ORDER

Upon consideration of the plaintiffs' motion for enlargement of time *nunc pro tunc*, it is by the Court on this 8th day of August, 2000, hereby

ORDERED, that plaintiffs' motion for enlargement of time be and the same is hereby GRANTED; and it is

FURTHER ORDERED, that plaintiffs shall have until August 8, 2000, to file their memorandum in opposition to defendants' motion to dismiss, and defendants shall have until August 25, 2000, to file their reply to plaintiffs' opposition..

                                                                    _____
                                                                      United States District Judge