IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 FEB 27  P 2: 52

| | | |
|---|---|---|
| MICHAEL ANUTA, et al. | * | |
|     Plaintiffs | * | |
| | * | |
| v. | * | CIVIL NO. L-00-1726 |
| | * | |
| CAROL S. PARHAM, et al. | * | |
|     Defendants | * | |

*****

## ORDER

For the reasons stated in the accompanying Memorandum, it is, this 26th day of February 2002 ORDERED that:

1. Defendants' Motion for Summary Judgment is GRANTED;

2. Plaintiffs' Motion for Summary Judgment is DENIED;

3. this order shall constitute a Final Judgment in the case; and

4. the Clerk is DIRECTED to CLOSE the CASE.

_____
Benson E. Legg
United States District Judge

27